IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : Consolidated Under
LIABILITY LITIGATION (No. VI) : MDL DOCKET NO. 875
:
VARIOUS PLAINTIFFS :
:
v. :
: Cases listed in Exhibit "A,"
VARIOUS DEFENDANTS : attached
:

FILED JAN - 4 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

**AND NOW**, this **3rd** day of **January, 2013**, it is hereby **ORDERED** that the motions listed in Exhibit "A," attached, are granted as unopposed.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] Plaintiffs have not opposed Defendants' motions, including motions for summary judgment. As provided under local rules, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

The basis for Defendants' motions is that there is no genuine dispute as to the material fact of whether Plaintiffs' asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants. See Fed. R. Civ. P. 56(a).

Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 08-89845 | IL-N | Doyle v. A.C. And S., Inc. et al | Lincoln Electric Merger Co. | 152 |
| 08-89845 | IL-N | Doyle v. A.C. And S., Inc. et al | Airco Inc.The Boc Group | 153 |
| 08-89863 | IL-N | Haffner v. A.C. And S. Inc. | General Electric Company | 114 |
| 09-60267 | WI-W | Hass et al v. A.C. And S., Inc. et al | Georgia-Pacific Corporation | 149 |
| 09-60298 | WI-W | Hass et al v. Albany International Co. et al | Georgia-Pacific Corporation | 126 |
| 09-60445 | WI-E | Wawiorka v. Acands Inc. et al | General Electric Company | 106 |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al | Rapid American Corporation | 134 |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al | Lincoln Electric Company | 140 |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al | Hobart Brothers Company | 141 |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al | Linde, Inc. | 142 |
| 09-61499 | WI-E | Waltenberg v. Anchor Packing Co et al | Airgas Merchant Gases, Llc | 144 |
| 09-62185 | WI-W | Vradenburg v. The Anchor Packing Company, et al | Georgia-Pacific Corporation | 121 |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al | Miller Electric Mfg. Company | 149 |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al | Rockbestoes-Surprenant Cable Corporation | 154 |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al | Okonite Company | 156 |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al | Lincoln Electric Company | 157 |
| 09-62583 | IL-N | Woods v. Cbs Corporation et al | Union Carbide Corporation | 158 |
| 09-90844 | NY-S | Brown et al v. A.W. Chesterton et al | Viad Corp. | 47 |
| 09-90844 | NY-S | Brown et al v. A.W. Chesterton et al | Imo Industries, Inc. | 49 |
| 09-90844 | NY-S | Brown et al v. A.W. Chesterton et al | Aqua-Chem, Inc. | 51 |
| 09-90844 | NY-S | Brown et al v. A.W. Chesterton et al | Crane Co. | 52 |
| 10-61348 | WI-W | Lorentz et al v. A.C.And S., Inc. et al | Rhone-Poulenc Ag. Company Amchen Products, Inc. | 147 |
| 10-61348 | WI-W | Lorentz et al v. A.C.And S., Inc. et al | Westinghouse Electric Corp. | 148 |
| 10-67428 | SC | Tyndall et al v. Willis et al | Certainteed Corporation | 56 |
| 10-67443 | WI-E | Ahnert et al v. Cbs Corporation et al | Milwaukee Insulation Company | 230 |
| 10-82906 | LA-E | Stevens et al v. Cooper/T. Smith Stevedoring Company, Inc. et al | South African Marine Corporation Ltd | 22 |
| 10-82906 | LA-E | Stevens et al v. Cooper/T. Smith Stevedoring Company, Inc. et al | Dixie Machine Welding & Metal Works, Inc. | 24 |
| 10-82906 | LA-E | Stevens et al v. Cooper/T. Smith Stevedoring Company, Inc. et al | Industrial Development Corporation Of South Africa, Ltd. | 25 |
| 11-60068 | CA-N | Carter et al v. A.W. Chesterson Company et al | Ford Motor Company | 200 |
| 11-67704 | IL-S | Payne v. A.W. Chesterton Company et al | Rapid America | 351 |
| 11-67704 | IL-S | Payne v. A.W. Chesterton Company et al | Nash Engineering Company | 461 |
| 11-67704 | IL-S | Payne v. A.W. Chesterton Company et al | Warren Pumps, Llc | 495 |
| 11-67704 | IL-S | Payne v. A.W. Chesterton Company et al | Imo Industries, Inc. | 497 |
| 11-67704 | IL-S | Payne v. A.W. Chesterton Company et al | Viking Pumps, Inc. Taco, Inc. | 500 |
| 11-67721 | CA-N | Donlon et al v. Ac And S, Inc. et al | Union Carbide Corporation | 269 |
| 12-60127 | CA-N | Mckinley v. Air & Liquid Systems Corporation et al | Nash Engineering Company | 175 |
| 12-60127 | CA-N | Mckinley v. Air & Liquid Systems Corporation et al | Goulds Pumps, Inc. | 178 |
| 12-60127 | CA-N | Mckinley v. Air & Liquid Systems Corporation et al | Air & Liquid Systems Corporation | 198 |

**MAILED:**

| | | | |
|---|---|---|---|
| ADAM MERGENTHAL | DEREK SMITH | LANCE WILSON | SARAH GILSON |
| BRIAN FIELDS | ERNEST GILLIAM | LAURA O'CONNELL | SHELLEY MILLER |
| C. KOEBELE | JAMES CULHANE | MARK SCHONFELD | STACEY SENECZKO |
| CHARLES BOHL | JASON HAYCOCK | MEGAN CESARE-EAS | STEPHEN TIGERMAN |
| CHRISTOPHER RAISTRICK | JEFFREY BASH | MICHAEL CIESLEWICZ | STEVEN CELBA |
| CINDY SAXEY | JEROME KRINGS | MICHAEL HENNIG | SUSAN OGDIE |
| D. GLOOR | K. CAREY | PIUS OBIOHA | SUZANNE HALBARDIER |
| DANIEL OVERBEY | KELLY MCMEEKIN | RICHARD BOLTON | TIMOTHY FAGAN |
| DEAN PANOS | KENNETH GORENBERG | RICHARD STEINKEN | VANI SINGHAL |
| DENNIS DOBBELS | KRISTIN ACHTERHOF | ROGER GOLD | VANTHARA MEAK |
| | | ROSHAWN DONAHUE | WILLIAM HASSLER |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DAVID NILLES | LAURIE RANDOLPH | RICHARD PERLES |
| ADAM LAGOCKI | DAVID SETTER | LESLIE OFFERGELD | ROBERT MCCOY |
| AMANDA SUMMERLIN | DAVID TRAYLOR | LILLIAN MA | ROBERT MERIWETHER |
| AMIEL GROSS | DAVID YBARRA | LISE NEWTON | ROBERT NELDER |
| AMY KIMMEL | DEBORAH SMITH | MAHSA TIPPINS | ROBERT RILEY |
| AMY TALARICO | DEIRDRE MCCOOL | MAJA EATON | ROBERT SPINELLI |
| AMY ZUMSTEG | DEMETRA CHRISTOS | MARC WILLICK | ROGER HEIDENREIC |
| ANDREW BALCER | DERRICK HADDOX | MARGARET FOSTER | ROGER YUEN |
| ANITA CATES | DIANE GORCZYCA | MARK FELDMANN | RONALD AUSTIN |
| ANITA KIDD | EDWARD CASMERE | MARK TIVIN | RONALD COX |
| ANTHONY HAYES | EDWARD MCCAMBRIDG | MARY ANN HATCH | RYAN BARKE |
| ANTONIO RODRIGUEZ | EMILY ZAPOTOCNY | MARY BACK | SAMUEL ELSWICK |
| BASIL DISIPIO | ERIC CARLSON | MARY RYCHNOVSKY | SANDRA STEINMAN |
| BENJAMIN ADAMS | ERIC HALL | MATTHEW FISCHER | SCOTT BICKFORD |
| BENNO ASHRAFI | FRANCIS MONTBACH | MATTHEW PELIKAN | SCOTT SIMPKINS |
| BETHANY STAHLEY | G. PHILLIPS | MELANIE KING | SEAN FERGUS |
| BRADY EDWARDS | GARY LEE | MICHAEL ANTIKAINEN | SHAWANE LEE |
| BRET GAINSFORD | GARY SMITH | MICHAEL CASCINO | SHAWNETTE FLUITT |
| BRETT LARSEN | GLEN POWELL | MICHAEL DENNING | SHEHZAD HASAN |
| BRIAN HUELSMANN | GREGORY LYONS | MICHAEL DRUMKE | SPENCER DOODY |
| BRIAN TRIPLETT | HENRY ROME | MICHAEL LEVY | STEPHANIE FLYNN |
| BRIAN WATSON | J. BRADLEY | MICHAEL NEWPORT | STEPHANIE SKINNER |
| BRYAN MAULLER | J. MALONEY | MICHAEL ROSENBERG | STEPHEN COLLIER |
| C. DOUGLAS | JAMES CUNNINGHAM | MICHAEL ZUKOWSKI | STEVEN BARBER |
| C. EVERT | JAMES MORRISON | MICHELE BARNES | STEVEN HAROWITZ |
| C. WHEAT | JAMES NIQUET | MITCHELL MOSER | TEIRNEY CHRISTENSO |
| CAROL ZUCKERMAN | JASON RUBIN | MOFFATT MCDONALD | THOMAS GILLIGAN |
| CATHERINE MOHAN | JEFFREY HEBRANK | NEAL MCQUEENEY | THOMAS GONZALEZ |
| CHARLES JENKINS | JEFFREY ROGERS | NEIL NAZARETH | THOMAS KERNELL |
| CHRISTI JONES | JENNIFER KALAS | NICHOLAS BUNNELL | THOMAS MOSES |
| CHRISTIAN HARTLEY | JENNIFER STUDEBAKER | NICHOLE ROBERTS | THOMAS ORRIS |
| CHRISTOPHER LARSON | JOHN BOLLES | NICOLE BEHNEN | THOMAS SCHRIMPF |
| CHRISTOPHER LOPALO | JOHN CANONI | NORMAN HAASE | TIFFANY WOODS |
| CHRISTOPHER P.BANASZAK | JOHN FONSTAD | NORMAN SULLIVAN | TIMOTHY HULLA |
| CHRISTOPHER STRUNK | JOHN HELLER | PATRICIA PENTON | TIMOTHY KAPSHANDY |
| CINDY YOUNG | JOHN HUGHES | PATRICK LAMB | TIMOTHY PAGEL |
| CLARE MAISANO | JOHN SON | PAUL LANKFORD | TIMOTHY PIKE |
| CRAIG LILJESTRAN | JOHN WEITZEL | PAUL LANNUS | TOBIN TAYLOR |
| CRAIG SALZER | JOSEPH FONTAK | PAUL NAPOLI | TRACY COWAN |
| CRAIG TURET | JOSEPH SULLIVAN | PAUL O'FLAHERTY | TREVOR WILL |
| DANIEL CHEELY | JOSHUA LEE | PAUL STEINHOFER | VITO RASPANTI |
| DANIEL DONAHUE | KATHERINE WANG | PAULA RASMUSSEN | W. BERMAN |
| DANIEL GARCIA | KATHRYN LAFEVERS | PETER MARKS | W. GARDNER |
| DANIEL GRIFFIN | KENT PLOTNER | PHILIP BRICKMAN | WILLIAM CONNER |
| DANIEL JARDINE | KEVIN JAMISON | PHILIP SHOLTZ | WILLIAM CROKE |
| DANIEL MANNA | KEVIN OWENS | RANDALL BERNARD | WILLIAM MUELLER |
| DANIEL MCGRATH | KIRK HARTLEY | RAYMOND FOURNIE | WILLIAM SHULTZ |
| DAVID DOGAN | KURTIS REEG | REBECCA CUCU | WILLIAM SMITH |
| DAVID GLASPY | LANCE MUELLER | RICHARD LAUTH | WILLIS TRIBLER |