IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION,

CAROL T. HASS, As Special Administrator of
The ESTATE OF LAVERNE A. HASS, Deceased,

        Plaintiff,

v.

ALBANY INTERNATIONAL, INC., *et al.*,

        Defendants.

ORDER

00-cv-175-jdp

---

Defendant Mount Vernon Mills, Inc., informed the court that plaintiff had agreed to dismiss Mount Vernon Mills from this case and that in due course, counsel for Mount Vernon Mills would file a stipulation for dismissal and a proposed order. Dkt. 90. Although Mount Vernon Mills has not made any subsequent filing, plaintiff has moved for dismissal of its claims against Mount Vernon Mills, requesting that the dismissal be without prejudice. Dkt. 94. The court set a response deadline of January 5, 2015, on plaintiff's motion, which passed without any filing from Mount Vernon Mills. Because plaintiff's motion is unopposed, the court will grant it.

Accordingly, IT IS ORDERED that plaintiff's claims against defendant Mount Vernon Mills are DISMISSED without prejudice, with each side to bear its own costs and expenses.

Entered January 6, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge